UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYMEYON HILL, | No. 2: 20-cv-1652 KJM KJN P |
| Plaintiff, | |
| v. | ORDER |
| GOVERNOR NEWSOM, et al., | |
| Defendants. | |

Plaintiff is a civil detainee, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On September 30, 2020, the undersigned recommended that this action be dismissed. (ECF No. 10.) On October 9, 2020, plaintiff filed objections to the findings and recommendations. (ECF No. 11.) On November 6, 2020, this action was dismissed and judgment was entered. (ECF Nos. 14, 15.)

On November 9, 2020, plaintiff filed a motion to file a criminal complaint. (ECF No. 16.) In this motion, plaintiff alleges that prison officials failed to mail his objections to the September 30, 2020 findings and recommendations. Plaintiff requests that the court pursue a criminal investigation against the prison officials who refused to mail plaintiff's objections to the court.

As discussed above, the court received plaintiff's objections to the September 30, 2020 findings and recommendations. Moreover, the court does not have the authority to initiate a criminal investigation, as requested by plaintiff. For these reasons, plaintiff's motion to file a

1

criminal complaint is denied.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to file a criminal complaint (ECF No. 16) is denied.

Dated: January 24, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Hill1652.ord